IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND MARTIN,

    Petitioner,                    No. CIV S-11-0870 LKK EFB P

    vs.

KATHLEEN ALLISON,

    Respondent.                 ORDER

_____/

    Petitioner is a state prisoner proceeding without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On April 23, 2012, petitioner requested the court issue an order directing prison officials to grant him "Priority Library User" status.  Petitioner contends that he will not be able to timely file his traverse without "priority" status.  Petitioner has failed to show that the amount of law library time he receives without priority status is somehow inadequate.  Furthermore, the court has already granted petitioner 210 additional days to file and serve his traverse.

    Accordingly, it is ORDERED that petitioner's April 23, 2012 motion is denied without prejudice.

Dated: April 26, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE