UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MARTIN,<br><br>             Petitioner,<br><br>    v.<br><br>KATHLEEN ALLISON,<br><br>             Respondent. | No.  2:11-cv-0870 JAM GGH (HC)<br><br><br>ORDER |

      This petition for writ of habeas corpus was denied on September 3, 2014 and judgment entered accordingly. On September 15, 2014,[1] petitioner filed a request for appointment of counsel, which notes that this court issued a certificate of appealability in his case, and "request[s] appointment of counsel by the Court of the 9th Circuit."

      Petitioner seems to imply that his case is already on appeal by virtue of the certificate of appealability issued on September 3, 2014, at the time judgment was entered; however, petitioner's filing does not constitute a notice of appeal. See F.R.App.P. 3(c). A notice of appeal must be filed within thirty days after entry of judgment. F.R.App.P. 4(a)(1). However, a party may move for an extension of time within thirty days after the time prescribed by Rule 4 expires,

---

[1] The filing was signed by petitioner on September 10, 2014, received by the Ninth Circuit Court of Appeals on September 15, 2014, forwarded to this court, and file stamped by this court on that same date. It was not entered into this court's docket until October 10, 2014, and did not come to the attention of the undersigned until October 20, 2014.

upon a showing of excusable neglect or good cause.  F.R.App.P. 5(A).  Therefore, petitioner may file a request for extension of time in which to file a notice of appeal within thirty days of October 3, 2014, when the time for filing a notice of appeal expired.  Petitioner may also file a notice of appeal at the time he files his request for extension of time.

In regard to petitioner's motion for appointment of counsel, as no appeal is pending, this request will be denied as premature.  If, however, petitioner timely files a request for extension of time, and a notice of appeal, he may file a request for appointment of counsel on appeal with the Ninth Circuit Court of Appeals.

Accordingly, IT IS ORDERED that:

1. Petitioner's motion for appointment of counsel, (ECF No. 42), is denied without prejudice.

2. If petitioner wishes to appeal this action, he must file a request for extension of time in which to file a notice of appeal, and a notice of appeal, before November 3, 2014.

Dated: October 20, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/mart0870.apt.ggh

2